MARY MACFADDEN, Appellant, v. BERNARR MACFADDEN, Respondent.— Judgment affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., dissents and votes to reverse and grant judgment in favor of the plaintiff.

JAY-WASHINGTON REALTY CORPORATION, Respondent, v. BENJAMIN KOONDEL et al., Individually and as Copartners Trading as KOONDEL & RUBIN BROS., Appellants.— Judgment and orders unanimously affirmed, with costs and stay vacated. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

## (December 12, 1944.)

EUGENE L. GAREY, Appellant, v. DOROTHY TOBEY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ARTHUR PICK, Respondent, v. NATIONAL TRANSPORTATION Co., INC., et al., Defendants, and JOSEPH H. MARKS, Defendant-Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ARTHUR PICK, Respondent, v. NATIONAL TRANSPORTATION Co., INC., Appellant, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

## (December 15, 1944.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HEIGHLAR REALTY CORPORATION, Appellant, against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HEIGHLAR REALTY CORPORATION, Appellant, against JOSEPH LILLY et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*Per Curiam.* Special Term properly dismissed the 1939–40 proceedings. *(People ex rel. Northchester Corp.* v. *Miller,* 288 N. Y. 163.)

After weighing the evidence in the proceedings for the remaining years and considering all factors relevant we sustain the trial court's land values but find the values for the building to be the following: 1938–39, $280,000; 1940–41, $270,000; 1941–42, $265,000; 1942–43, $260,000; the total value allowable, however, to relator for the year 1938–39 may not exceed the total value claimed for that year, viz., $475,000; and, accordingly, the proper values for said years and the total values allowable are found to be as follows: